UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AUDIE GROGG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:16-CV-134-RLJ-HBG |
| | ) | |
| KNOXVILLE CRIMINAL COURT OF APPEALS, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

In accordance with the accompanying Memorandum and Order, this pro se former prisoner's civil rights lawsuit, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim entitling him to relief under § 1983 and because Defendants enjoy immunity from damages. 28 U.S.C. § 1915(e)(2). Should Plaintiff file a notice of appeal from this judgment, he is **DENIED** leave to appeal *in forma pauperis*, for the reasons stated in the Memorandum and Order.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ Debra C. Poplin
CLERK OF COURT